```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01220
    GEREMY R TYNE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-8786


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/19/2008 and was confirmed 04/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED         2243.98             .00            .00
SHEFFIELD MANOR CONDOMIN   SECURED           1581.50           15.33         610.48
AT&T                       UNSECURED       NOT FILED             .00            .00
CHASE/BANK ONE             UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED         5033.88             .00            .00
HOUSEHOLD FINANCE CORPOR   UNSECURED         6602.38             .00            .00
CHASE BANK                 UNSECURED          439.49             .00            .00
NICOR GAS                  UNSECURED          208.22             .00            .00
STREATOR ONIZED CREDIT U   UNSECURED          839.02             .00            .00
WELLS FARGO AUTO FINANCE   UNSECURED        11625.75             .00            .00
ECAST SETTLEMENT CORP      UNSECURED         4600.32             .00            .00
WELLS FARGO                NOTICE ONLY     NOT FILED             .00            .00
AMERICAN HOME MTG          CURRENT MORTG        .00              .00            .00
AMERICAN HOME MTG          MORTGAGE ARRE        .00              .00            .00
WELLS FARGO AUTO FINANCE   SECURED NOT I   25825.75              .00            .00
AMERICAN HOME MTG          UNSECURED       NOT FILED             .00            .00
AMERICAN HOME MTG          NOTICE ONLY     NOT FILED             .00            .00
AMERICAN HOME MTG          CURRENT MORTG        .00              .00            .00
AMERICAN HOME MTG          MORTGAGE ARRE        .00              .00            .00
SCHEINBAUM & WEST          DEBTOR ATTY     2,074.00                         1,906.19
TOM VAUGHN                 TRUSTEE                                            218.00
DEBTOR REFUND              REFUND                                             250.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,000.00

PRIORITY                                          .00
SECURED                                        610.48
    INTEREST                                    15.33

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01220 GEREMY R TYNE
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,906.19
TRUSTEE COMPENSATION                                              218.00
DEBTOR REFUND                                                     250.00
                                      ---------------     ---------------
TOTALS                                       3,000.00            3,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                          PAGE   2
        CASE NO. 08 B 01220 GEREMY R TYNE